UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Sinclair Atkins, | ) | Civil Action No.:  0:20-cv-03953-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Heather Andrews, *Director Alston Wilkes* | ) | |
| *Society*; and Laurie Brazell, *Executive* | ) | |
| *Assistant Alston Wilkes Society*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court for review of the Report and Recommendation ("R & R") of

United States Magistrate Judge Paige J. Gossett, who recommends summarily dismissing Plaintiff's

complaint without prejudice for lack of subject matter jurisdiction.[1]  *See* ECF No. 7.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with this Court.

*See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  The Court is charged with making a de novo

determination of those portions of the R & R to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit

the matter with instructions.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Plaintiff has not filed objections to the R & R, and the time for doing so has expired.[2]  In the

absence of objections to the R & R, the Court is not required to give any explanation for adopting the

Magistrate Judge's recommendations.  *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir. 1983).

---

[1]    The Magistrate Judge issued the R & R in accordance with 28 U.S.C. § 636(b) and Local Civil Rule
73.02(B)(2) (D.S.C.).

[2]    Plaintiff's objections were due by December 21, 2020.  *See* ECF Nos. 7 & 9.

The Court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

Having found no clear error, the Court **ADOPTS** the Magistrate Judge's R & R [ECF No. 7] and **DISMISSES** Plaintiff's complaint *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED.**

Florence, South Carolina                                    s/ R. Bryan Harwell
January 5, 2021                                             R. Bryan Harwell
                                                           Chief United States District Judge

2