AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Sinclair Atkins, *Plaintiff* <br> v. <br> Heather Andrews *Director Alston Wilkes Society*; <br> Laurie Brazell *Executive Assistant Alston Wilkes Society*, <br> *Defendants* | ) ) ) ) ) ) | Civil Action No.  0:20-cv-03953-RBH |
|---|---|---|

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Sinclair Atkins, shall take nothing of the defendants, Heather Andrews *Director Alston Wilkes Society* and Laurie Brazell *Executive Assistant Alston Wilkes Society* and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, Chief United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the action.

Date:   January 6, 2021                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/L. Baker
                                                                        _____
                                                                            *Signature of Clerk or Deputy Clerk*